1  Counsel listed on following page.

2

3

4

5

6

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

11

12  PETER DEAN RICHARDSON,

13         Plaintiff,

14      v.

15  SERVICEMASTER GLOBAL HOLDINGS,
INC.; THE SERVICEMASTER COMPANY,
16  INC.; THE TERMINIX INTERNATIONAL
COMPANY, L.P., and TERMINIX
17  INTERNATIONAL, INC., and DOES 1-20,
inclusive,
18

19         Defendants.

20

21

22

23

24

25

26

27

28

Case No. 3:09-cv-04044-SI

**STIPULATION TO REMOVE CASE
FROM COURT APPOINTED MEDIATION
PROGRAM**

**HONORABLE SUSAN ILLSTON**

Related Cases:
No. **08-3894**
No. **09-5148**
No. **09-5150**
No. **09-5152**
No. **09-5154**
No. **09-5153**

*Left margin (vertical):* Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

Joan Tucker Fife (SBN: 144572)
jfife@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Amanda C. Sommerfeld (SBN: 185052)
asommerf@winston.com
Monique Ngo-Bonnici (SBN: 241315)
mbonnici@winston.com
Winston & Strawn LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

*Attorneys for Defendants,*
SERVICEMASTER GLOBAL HOLDINGS, INC.,
THE SERVICEMASTER COMPANY, INC.,
THE TERMINIX INTERNATIONAL COMPANY, L.P., and
TERMINIX INTERNATIONAL, INC.

Nancy Hersh (SBN: 49091)
nhersh@hershlaw.com
Mark Burton (SBN: 178400)
mburton@hershlaw.com
HERSH & HERSH, A Professional Corporation
601 Van Ness Avenue, 2080 Opera Plaza
San Francisco, CA 94102-6388
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

Lauren Hallinan (SBN: 60646)
lhallinan@yahoo.com
HALLINAN & WINE
Law Chambers Building
345 Franklin Street
San Francisco, California 94102
Telephone: (415) 621-2400

*Attorneys for Plaintiffs*

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

STIPULATION TO REMOVE CASE FROM COURT APPOINTED MEDIATION PROGRAM
CASE NO.: 3:09-CV-04044-SI

1    WHEREAS the parties entered into a prior Stipulation agreeing to mediate this dispute

2    pursuant to ADR Local Rule 6 on February 23, 2010 (Docket No. 25);

3    WHEREAS pursuant to the parties' previous Stipulation, this matter was referred to

4    mediation on February 24, 2010 (Docket No. 27);

5    WHEREAS the Court appointed James Nebel on March 10, 2010 as the Mediator assigned to

6    this case (Docket No. 30);

7    WHEREAS the parties participated in a telephonic conference held by Daniel Bowling, ADR

8    Program Staff Attorney, on August 23, 2010; and,

9    WHEREAS the parties have scheduled a mediation with a private mediator for September

10   30, 2010 in *Pablo, et al. v. ServiceMaster Global Holdings, Inc., et al.*, Case No. 08-3894 and all of

11   its related cases including this case;

12   Plaintiffs and Defendants, through their respective attorneys of record, HEREBY

13   STIPULATE and request that the Court remove this matter from the mediation program in light of

14   the parties' private mediation scheduled for September 30, 2010.

15

16   Dated:  August 23, 2010                    WINSTON & STRAWN LLP

17

18                                             By _____
                                                    Joan B. Tucker Fife
19                                                Attorneys For Defendants,
                                                  SERVICEMASTER GLOBAL HOLDINGS,
20                                                INC., THE SERVICEMASTER COMPANY,
                                                  INC., THE TERMINIX INTERNATIONAL
21                                                COMPANY, L.P., AND TERMINIX
                                                  INTERNATIONAL, INC.
22

23

24

25

26

27

28

*Winston & Strawn LLP*
*333 S. Grand Avenue*
*Los Angeles, CA 90071-1543*

1

STIPULATION TO REMOVE CASE FROM COURT APPOINTED MEDIATION PROGRAM
CASE NO.: 3:09-CV-04044-SI

Dated:  August 23, 2010            HERSH & HERSH

                                   By

                                      Nancy Hersh (SBN 49091);
                                      Mark Burton (SBN 178400);
                                      HERSH & HERSH
                                      A Professional Corporation
                                      601 Van Ness Avenue, 2080 Opera
                                      Plaza
                                      San Francisco, CA  94102-6388
                                      Telephone: (415) 441-5544
                                      Facsimile: (415) 441-7586
                                      nhersh@hershlaw.com
                                      mburton@hershlaw.com

                                      Lauren Hallinan (SBN 60646)
                                      HALLINAN & WINE
                                      Law Chambers Building
                                      345 Franklin Street
                                      San Francisco, California 94102
                                      Telephone: (415) 621-2400
                                      lhallinan@yahoo.com

                                      *Attorneys for Plaintiffs*

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.


DATED:_____

                                   The Honorable Susan Illston
                                   United States District Judge

*(left margin, vertical text)* Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

2

STIPULATION TO REMOVE CASE FROM COURT APPOINTED MEDIATION PROGRAM
CASE NO.: 3:09-CV-04044-SI