1 | Counsel listed on following page.

*Winston & Strawn LLP*
*101 California Street*
*San Francisco, CA 94111*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| RUBEN PABLO and BONNIE COURSEY, On Behalf Of Themselves And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICEMASTER GLOBAL HOLDINGS, INC.; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY, L.P., and TERMINIX INTERNATIONAL, INC., and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 3:08-cv-03894-SI<br><br>**STIPULATION TO STAY DISCOVERY AND REQUEST TO VACATE DEADLINES FOR CLASS CERTIFICATION BRIEFING AND HEARING AND MOTION TO COMPEL BRIEFING; [PROPOSED] ORDER**<br><br>**HONORABLE SUSAN ILLSTON**<br><br>RELATED CASES:<br>No. 09-5150<br>No. 09-5148<br>No. 09-5152<br>No. 09-5153<br>No. 09-5154<br>No. 09-4044 |

1  Joan Tucker Fife (SBN: 144572)
   jfife@winston.com
2  WINSTON & STRAWN LLP
   101 California Street
3  San Francisco, CA 94111-5894
   Telephone: (415) 591-1000
4  Facsimile: (415) 591-1400

5  Amanda C. Sommerfeld (SBN: 185052)
   asommerf@winston.com
6  Monique Ngo-Bonnici (SBN: 241315)
   mbonnici@winston.com
7  Winston & Strawn LLP
   333 South Grand Avenue, 38th Floor
8  Los Angeles, CA 90071-1543
   Telephone: (213) 615-1700
9  Facsimile: (213) 615-1750

*Attorneys for Defendants,*
SERVICEMASTER GLOBAL HOLDINGS, INC.,
THE SERVICEMASTER COMPANY, INC.,
THE TERMINIX INTERNATIONAL COMPANY, L.P., and
TERMINIX INTERNATIONAL, INC.

Nancy Hersh (SBN: 49091)
nhersh@hershlaw.com
Mark Burton (SBN: 178400)
mburton@hershlaw.com
HERSH & HERSH, A Professional Corporation
601 Van Ness Avenue, 2080 Opera Plaza
San Francisco, CA 94102-6388
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

Lauren Hallinan (SBN: 60646)
lhallinan@yahoo.com
HALLINAN & WINE
Law Chambers Building
345 Franklin Street
San Francisco, California 94102
Telephone: (415) 621-2400

*Attorneys for Plaintiffs*

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111

1  WHEREAS the parties have scheduled a mediation for September 30, 2010 in this matter and
2  all related proceedings;
3  WHEREAS the Plaintiffs' Motion for Class Certification deadline was August 23, 2010, but
4  by Stipulation filed on August 16, 2010 (Docket No. 75), the parties agreed and requested that this
5  deadline be extended until August 30, 2010;
6  WHEREAS the Plaintiffs filed a letter brief on August 9, 2010 (Docket No. 73), asking the
7  Court to compel production of certain documents; and,
8  WHEREAS the Defendants' deadline to respond to this letter brief was August 16, 2010, but
9  by Stipulation filed on August 16, 2010 (Docket No. 75), the parties asked that this deadline be
10 extended until August 23, 2010;
11 Plaintiffs and Defendants, through their respective attorneys of record, HEREBY
12 STIPULATE to stay discovery in these cases until October 1, 2010, and request the Court to vacate
13 the existing briefing deadlines concerning Plaintiffs' Motion for Class Certification as well as
14 Plaintiffs' letter brief seeking to compel certain documents. The parties further request that the
15 Court vacate the November 5, 2010 hearing on class certification. If the mediation is unsuccessful,
16 the parties will meet and confer for the purposes of proposing a new briefing schedule, and will
17 thereafter ask the Court to enter the parties' proposed schedule.

Dated: August 19, 2010

WINSTON & STRAWN LLP

By _____
Joan B. Tucker Fife
Attorneys For Defendants,
SERVICEMASTER GLOBAL HOLDINGS,
INC., THE SERVICEMASTER COMPANY,
INC., THE TERMINIX INTERNATIONAL
COMPANY, L.P., AND TERMINIX
INTERNATIONAL, INC.

(margin) Winston & Strawn LLP
101 California Street
San Francisco, CA 94111

1  Dated: August 16, 2010            HERSH & HERSH

2                                     By: _____
                                          Nancy Hersh
3
                                     *Attorneys for Plaintiffs*
4

**[PROPOSED] ORDER**

Having considered the parties' Stipulation, and for good cause shown, the current briefing schedule on Plaintiffs' Motion for Class Certification, including the hearing set for November 5, 2010, is hereby VACATED, the deadline for Defendants to respond to Plaintiffs' letter seeking to compel certain documents is hereby VACATED, and all discovery in the instant and related proceedings is STAYED until October 1, 2010. PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____    *Susan Illston* (signature)

The Honorable Susan Illston
United States District/Magistrate Judge

A further case management conference has been scheduled to occur on October 5, 2010, at 3:00 p.m. with a statement due one week prior.