NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
HERSH & HERSH, A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396
Telephone: (415) 441-5544

LAUREN HALLINAN, ESQ., State Bar No. 60646
Of Counsel
HALLINAN & WINE
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER DEAN RICHARDSON, | CASE NO.: 09-cv-04044 SI |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |
| vs. | |
| SERVICEMASTER GLOBAL HOLDINGS, INC.; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY, L.P.; and TERMINIX INTERNATIONAL, INC., and DOES 1-20, inclusive, | |
| Defendants. | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure, the parties, through their counsel, hereby agree and stipulate to the voluntary dismissal with prejudice of the individual action of PETER DEAN RICHARDSON.

- 1 -

HERSH & HERSH
A Professional Corporation

Dated: February 29, 2012

By: /s/ Mark E. Burton
MARK E. BURTON, JR., ESQ.
Attorneys for Plaintiffs

WINSTON & STRAWN LLP

Dated: 4/12/12

By: /s/ Joan B. Tucker Fife
JOAN B. TUCKER FIFE
Attorneys for Defendants

## ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: 4/17/12

By: /s/ Susan Illston
HONORABLE SUSAN ILLSTON
United States District Court Judge

- 2 -
STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER
Case No. 09-04044-SI