1    NANCY HERSH, ESQ., State Bar No. 49091
2    MARK E. BURTON, JR., ESQ., State Bar No. 178400
     HERSH & HERSH, A Professional Corporation
3    601 Van Ness Avenue, Suite 2080
     San Francisco, CA  94102-6396
4    Telephone: (415) 441-5544

5    LAUREN HALLINAN, ESQ., State Bar No. 60646
     Of Counsel
6    HALLINAN & WINE
     Law Chambers Building
7    345 Franklin Street
     San Francisco, CA  94102
8    Telephone:  (415) 621-2400

9    *Attorneys for Plaintiff*

10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

| | |
|---|---|
| 14   PETER DEAN RICHARDSON, | CASE NO.: 09-cv-04044 SI |
| 15          Plaintiff, | **STIPULATION FOR DISMISSAL** |
| 16   vs. | **WITH PREJUDICE AND ORDER** |
| 17 | |
| 18   SERVICEMASTER GLOBAL HOLDINGS, INC.; THE | |
| 19   SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL | |
| 20   COMPANY, L.P.; and TERMINIX INTERNATIONAL, INC., and | |
| 21   DOES 1-20, inclusive, | |
| 22         Defendants. | |

23      **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

24

25      Pursuant to Rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure, the parties,

26   through their counsel, hereby agree and stipulate to the voluntary dismissal with prejudice

27   of the individual action of PETER DEAN RICHARDSON.

28

- 1 -

HERSH & HERSH
A Professional Corporation

Dated: February 29, 2012

By:_____
MARK E. BURTON, JR., ESQ.
Attorneys for Plaintiffs


WINSTON & STRAWN LLP

Dated: 4/12/12

By:_____
JOAN B. TUCKER FIFE
Attorneys for Defendants


## ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.


Dated: 4/17/12

By:_____
HONORABLE SUSAN ILLSTON
United States District Court Judge


- 2 -

STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER
Case No. 09-04044-SI